OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

RETURN TO SENDER

UNITED STATES POSTAGE

PITNEY BOWES

PRESORTED FIRST CLASS

02 1R
0002003152      FEB 09 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

2/2/2015

**BRAXTON, SAMUEL      Tr. Ct. No. 2009-423,891-C                    WR-76,147-03**

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Unable to Forward as Addressed

Abel Acosta, Clerk

SAMUEL BRAXTON
LUBBOCK COUNTY DETENTION CENTER
P.O BOX 10535
LUBBOCK, TX  79408

No one By This NAME in our Custody